Arthur **GASPARD**, Petitioner–Appellant,

v.

**People of the State of CALIFORNIA; et al.**, Respondents–Appellees.

No. 07–15116.

United States Court of Appeals, Ninth Circuit.

Submitted April 13, 2009.*

Filed April 21, 2009.

Arthur Gaspard, Corcoran, CA, pro se.

Linda M. Murphy, Esq., Attorney General's Office, San Francisco, CA, for Respondents–Appellees.

Before: GRABER, GOULD and BEA, Circuit Judges.

MEMORANDUM **

California state prisoner Arthur Gaspard appeals from the district court's judg-

ment dismissing his 28 U.S.C. § 2254 petition. We have jurisdiction pursuant to 28 U.S.C. §§ 1291 and 2253, and we affirm.

Gaspard contends that his constitutional rights were violated when a prosecution witness referred to matters which had been ordered excluded from evidence. We conclude that the state court's decision rejecting this claim was neither contrary to, nor an unreasonable application of, clearly established federal law, as determined by the United States Supreme Court. *See* 28 U.S.C. § 2254(d); *see also Estelle v. McGuire*, 502 U.S. 62, 71–75, 112 S.Ct. 475, 116 L.Ed.2d 385 (1991); *Alberni v. McDaniel*, 458 F.3d 860, 863–67 (9th Cir.2006).

**AFFIRMED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.